## Commonwealth *v.* Fauntleroy, Appellant.

 Submitted December 6, 1973. *Nolan N. Atkinson, Jr.,* and *Zack, Myers and Atkinson,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.